HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
MICHAEL ALVAREZ

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  1:03-cr-5014 AWI-1 |
| *Plaintiff*, | ) |
| | ) **ORDER FILING UNDER SEAL** |
| vs. | ) |
| | ) |
| MICHAEL ALVAREZ, | ) |
| *Defendant*. | ) |
| | ) |
| ———————————————— | ) |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that** Exhibit B of the movant's Section 2255 motion, the presentence report and recommendations shall be filed **under seal** until further order of the Court.

IT IS SO ORDERED.

Dated:   June 27, 2016          _____

SENIOR  DISTRICT  JUDGE

1

[Proposed] Sealing Order