JOHN MEYER
225629
16024 W. Brian Ave.
Kerman, CA 93630
Telephone: (559) 385-1565

Attorney for MICHAEL ALVAREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  Plaintiff,  v.  MICHAEL ALVAREZ,  Defendant. | CASE NO.  CASE:    1:03-CR-05014-AWI  MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL |
|---|---|

John A. Meyer, appointed counsel of record in the above-captioned case, hereby moves for an order allowing him to withdraw as counsel of record and for appointment of new counsel to represent defendant MICHAEL ALVAREZ.  As grounds he states:

1. John Meyer was appointed to represent Mr. Alvarez on October 1, 2020.
2. At the time of appointment, the undersigned was a member of the Criminal Justice Act Panel for the Eastern District of California.
3. Mr. Meyer has accepted employment at the Monterey County Public Defender's Office and anticipates starting employment there on February 15th.
4. Monterey County prohibits attorneys from practicing law outside of their employment.
5. As Mr. Alvarez is still in need of counsel to represent him, the public defender's office is available and willing to accept the appointment.

STIPULATION AND FINDINGS AND ORDER                    1

6. Accordingly, the undersigned requests that he be permitted to withdraw from the case and that the public defender's office be appointed.

Dated: February 10, 2022  /s/ JOHN MEYER
John Meyer
Counsel for MICHAEL ALVAREZ

**ORDER**

IT IS SO ORDERED that John Meyer may withdraw from his representation of MICHAEL ALVAREZ, and that the public defender's office shall be appointed.

IT IS SO ORDERED.

Dated:  **February 10, 2022**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE