Michael McKneely (State Bar No. 214896)
MCKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
MICHAEL ALVAREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>MICHAEL ALVAREZ,<br>*Defendant.* | Case No.    1:03-CR-05014-JLT<br><br>**(1) NOTICE OF MOTION AND MOTION TO TERMINATE CJA APPOINTMENT OF MICHAEL McKNEELY;**<br>**(2) [PROPOSED] ORDER** |

TO THE HONORABLE JUDGE JENNIFER L. THURSTON AND TO THE

UNITED STATES ATTORNEY:

On January 9, 2003, Defendant Michael Alvarez was indicted on federal charges. CJA Panel Attorney Michael McKneely was appointed as counsel to represent Mr. Alvarez on February 2, 2026, in his supervised release violation. Mr. Alvarez was sentenced to a term of eight months in the Bureau of Prisons and to a fifty-two-month term of supervised release on April 6, 2026. The deadline for filing a direct appeal was April 20, 2026. No direct appeal was filed. Mr. Alvarez was in custody at sentencing. The sentencing phase of Mr. Alvarez's criminal case has, therefore, concluded. Having completed his representation of Mr. Alvarez, Mr. McKneely now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Alvarez require further legal assistance he has been advised to

contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, California 93721, or by telephone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Respectfully submitted,

Dated: May 4, 2026                               MCKNEELY LAW FIRM

                                                 By:   s/ Michael McKneely
                                                       Michael McKneely
                                                       Attorneys for MICHAEL ALVAREZ

## [PROPOSED] ORDER

Having reviewed the motion and finding that attorney McKneely has completed the services for which he was appointed, the Court hereby grants Mr. McKneely's request for leave to withdraw as defense counsel in this matter. Should Mr. Alvarez seek further legal assistance, he is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, California 93721 or by telephone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the re-appointment of counsel to assist him.

The Clerk of the Court is directed to serve a copy of this order on Mr. Alvarez at the following address, and to update the docket to reflect Mr. Alvarez's *pro se* status and contact information.

Michael Alvarez (Reg . 61071-097)
Oklahoma City FTC
P.O. Box 898801
Oklahoma City, OK 73189

IT IS SO ORDERED

Dated: May 4, 2026

THE HONORABLE JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE

MCKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
T-(559) 443-7442 | F-(559) 860-0150